IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-rj-00024-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

PHUC N. LE,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Motion to Amend Caption, DN 2, filed with the Court on January 15, 2008, is GRANTED. The caption shall be amended to substitute the United States of America as plaintiff, in place of Pennsylvania Higher Education Assistance Agency.

     It is FURTHER ORDERED that a Telephonic Status Conference is set for March 3, 2008, at 8:30 a.m. The plaintiff shall initiate a conference call to all parties and then contact the court by calling (303) 844-2403.

Date: February 22, 2008