IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-rj-00024

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHUC LE, MD,

    Defendant,

and

HERSHEY MEDICAL CENTER,

    Garnishee.

---

### ORDER DISMISSING WRIT OF GARNISHMENT (Docket No. 13)

---

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment in this case is GRANTED.

ORDERED and entered this 15TH day of August, 2008.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

**MICHAEL J. WATANABE**
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO